UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

KOLU STEVENS;
PATRICK GREENHOE; and
CLAUDETTE GREENHOE;
    Plaintiffs,

v.

MICHIGAN STATE COURT
ADMINISTRATIVE OFFICE;
MILTON L. MACK, JR., in his official capacity as the Administrator of the Michigan State Court Administrative Office;
KIM B. MEAD, in his official capacity as Bay County Probate Court Administrator;
WILLIAM M. HEFFERAN, in his official capacity as Antrim County Circuit Court – Family Division Administrator,
    Defendants
_____/

Case No.: 18-cv-757
Honorable Paul L. Maloney

**ORDER**

**ORDER DISMISSING DEFENDANT
MICHIGAN STATE COURT ADMINISTRATIVE OFFICE**

Upon the representations of counsel for the parties for the reasons outlined in the stipulation on the basis of Eleventh Amendment immunity, the Court hereby dismisses Defendant MICHIGAN STATE COURT ADMINISTRATIVE OFFICE without costs or attorney fees to any party.

**IT IS SO ORDERED.**

Date: September 4, 2018

/s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge

1