UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLU STEVENS,
PATRICK GREENHOE, and
CLAUDETTE GREENHOE,

Plaintiffs,

v

MICHIGAN STATE COURT ADMINISTRATIVE OFFICE, MILTON L. MACK, JR., in his official capacity as Administrator of the Michigan State Court administrative Office, KIM B. MEAD, in his official capacity as Bay County Probate Court Administrator, WILLIAM M. HEFFERAN, in his official as Antrim County Circuit Court – Family Division Administrator,

Defendants.

No. 1:18-cv-00757

HON. PAUL L. MALONEY

MAG. JUDGE RAY KENT

---

Philip L. Ellison (P74117)
Outside Legal Counsel, PLC
Attorneys for Plaintiffs
P. O. Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Gregory R. Grant (P68808)
Cummings McClorey Davis & Acho, PLC
Attorneys for Defendant Hefferan
310 W Front Street, Suite 221
Traverse City, MI 48681-2800
(231) 922-1888
ggrant@cmda-law.com

Meredith R. Beidler (P78256)
John G. Fedynsky (P65232)
Attorneys for Defendant Mack
Civil Litigation, Employment & Elections Division
P. O. Box 30736
Lansing, MI 48909
(517) 373-6434
beidlerm@michigan.gov

Amber L. Davis-Johnson (P52811)
Bay County Corporation Counsel
Attorneys for Defendant Mead
515 Center Ave., Ste. 402
Bay City, MI 48708
(989) 895-4131
johnsona@baycounty.net

**DEFENDANT MACK'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant, Milton Mack, by and through his attorneys, and hereby moves this Court to enter summary disposition in favor of the Defendant pursuant to Fed R. Civ. P. Rules 12(b)(6) as Plaintiff has failed to state a claim; thus, Defendant is entitled to summary judgment as a matter of law. The relief requested in this motion is supported by the attached brief and all exhibits attached thereto.

WHEREFORE, Defendant respectfully requests that this Court grant summary judgment in Defendant's favor and dismiss this proceeding with prejudice, and award to Defendant all other relief this Court deems just and proper.

Respectfully submitted:

Bill Schuette
Attorney General

s/ *Meredith R. Beidler*
Meredith R. Beidler (P78256)
John G. Fedynsky (P65232)
Attorneys for Defendant Mack
Civil Litigation, Employment &
Elections Division
P. O. Box 30736
Lansing, MI 48909
(517) 373-6434
beidlerm@michigan.gov

Dated: September 24, 2018