UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLU STEVENS,
PATRICK GREENHOE, and
CLAUDETTE GREENHOE,

Plaintiffs,

v

MICHIGAN STATE COURT ADMINISTRATIVE OFFICE, MILTON L. MACK, JR., in his official capacity as Administrator of the Michigan State Court administrative Office, KIM B. MEAD, in his official capacity as Bay County Probate Court Administrator, WILLIAM M. HEFFERAN, in his official as Antrim County Circuit Court – Family Division Administrator,

Defendants.

No. 1:18-cv-00757

HON. PAUL L. MALONEY

MAG. JUDGE RAY KENT

**DEFENDANT MACK'S MOTION FOR SUMMARY JUDGMENT**

# Exhibit 3

**Michigan Court Reporting and Recording Board of Review**

Michigan Hall of Justice
P.O. Box 30048
Lansing, Michigan 48909
Phone: (517) 373-9526

Hon. Michael J. Talbot, Chair
Hon. Pamela L. Lightvoet
Hon. Sean P. Kavanagh
Hon. Shana A. Lambourn
Liisa R. Speaker, Esq.
Melinda Dexter, CSR
Denise Kizy, CSR
Jacqueline Reed, CER
Bonnie Rozema, CER
Stacy Westra, Executive Secretary

December 13, 2016

Mr. Patrick Greenhoe
1801 S. Jefferson Street
Bay City, MI 48708

RE: Complaint 16-15

Dear Mr. Greenhoe:

A copy of your complaint has been forwarded to Joan Van Wormer, CER 7680. Ms. Van Wormer has been instructed to have a certified recorder not associated with your case review the transcript against the recording to determine what, if any, errors were made. Ms. Van Wormer will be given 21 days to respond to the allegations contained in your complaint.

If this issue remains unresolved, your complaint, along with Ms. Van Wormer's response, will be forwarded to the Michigan Court Reporting and Recording Board of Review for consideration at its next quarterly meeting.

You will be notified in writing of the Board's decision in this matter.

Sincerely,

Stacy Westra

Stacy Westra
Executive Secretary
Michigan Court Reporting
and Recording Board of Review