UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLU STEVENS,
PATRICK GREENHOE, and
CLAUDETTE GREENHOE,

Plaintiffs,

v

MICHIGAN STATE COURT ADMINISTRATIVE OFFICE, MILTON L. MACK, JR., in his official capacity as Administrator of the Michigan State Court administrative Office, KIM B. MEAD, in his official capacity as Bay County Probate Court Administrator, WILLIAM M. HEFFERAN, in his official as Antrim County Circuit Court – Family Division Administrator,

Defendants.

No. 1:18-cv-00757

HON. PAUL L. MALONEY

MAG. JUDGE RAY KENT

**DEFENDANT MACK'S MOTION FOR SUMMARY JUDGMENT**

# Exhibit 4

MAR 27 2017

*PAMELA J. LYNCH (CER 7910)*
*Certified Electronic Recorder - Bay County Probate Court*
*1230 Washington, Suite 715*
*Bay City MI 48708*
*(989) 895-4206*

March 24, 2017

Denice Purves
Michigan Court Reporting & Recording Board of Review
Michigan Hall of Justice
P.O. Box 30048
Lansing, MI 48909

**In the matter of the Estate of John H. Kuflewski, Deceased**
**Bay County Probate Court File No: 14-49781-DE**
**Board of Review Complaint 16-15**

Dear Ms. Purves:

I have been asked to make further clarification regarding my review of the transcript for the hearing held on March 24, 2015 in the above referenced matter. I apologize if my first letter was unclear.

As I had previously stated, my review of the transcript found it to be a complete and accurate depiction of the proceedings and testimony taken. I did not find any of the errors, omissions, or changes from the audio recording to the written record (the transcript) as alleged by Mr. Greenhoe in his letter.

If anything further is needed, please feel free to contact me.

Sincerely,

Pamela J. Lynch

Pamela J. Lynch

cc: Dawn Klida, Chief Judge, 18th Circuit Court
Kim Mead, Court Administrator
Joan C. Van Wormer