UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLU STEVENS,
PATRICK GREENHOE, and
CLAUDETTE GREENHOE,

Plaintiffs,

v

MICHIGAN STATE COURT ADMINISTRATIVE OFFICE, MILTON L. MACK, JR., in his official capacity as Administrator of the Michigan State Court administrative Office, KIM B. MEAD, in his official capacity as Bay County Probate Court Administrator, WILLIAM M. HEFFERAN, in his official as Antrim County Circuit Court – Family Division Administrator,

Defendants.

No. 1:18-cv-00757

HON. PAUL L. MALONEY

MAG. JUDGE RAY KENT

**DEFENDANT MACK'S MOTION FOR SUMMARY JUDGMENT**

# Exhibit 5

DEC 0 6 2016

To whom it may concern:

I would like to make a formal complaint against Joan VanWormer a Court Recorder at the 18th Circuit Court in Bay City, Michigan. Her recorder number is CER 7680.

On March 24, 2015, we had a hearing on a Probate matter with Chief Circuit Court Judge Kenneth Schmidt. He took the case as the other Judges disqualified themselves as my wife works for the 74th District Court or so I believed that was his reason. Currently Judge Schmidt has retired.

When we received the Judge's opinion, we were shocked to find out we lost our case. We were even more shocked that after reading his opinion that he ignored sworn testimony from both parties and based his opinion almost verbatim on the statements from the other party that was suppose to be inadmissible evidence and during the hearing the other party recanted much of her original statement. He had also made up evidence that no one had said and was not at all true.

We decided to appeal and after waiting several months for the transcript we quickly found out the transcript was changed to now match the Judge's opinion.

Every witness that took the stand had some testimony that was changed, altered and/or omitted. Even some of the Judge's questions and statements were changed and/or omitted. Both attorney's statements and questions were altered, changed and/or omitted. Even when people were talking in the back of the courtroom the Judge originally yelled at them. It was changed on the transcript to make him sound nicer.

We went to our attorneys and convinced them the transcript was changed. They stated they would ask for an extension from the appeal board in order to go after the audio disc recording from our hearing. We informed our attorneys we did not want to appeal without the right transcript, they agreed and after awhile we received a copy of the appeal in the mail from our attorneys that they sent in. We were not consulted or informed prior to it being sent and there was no mention of the transcript being changed.

When we were discussing the changed transcript with our attorneys, we originally thought the Judge had a personal issue with us. Our attorneys informed us they were convinced the Judge took the case so he could "slam" Matt our attorney before retiring because Matt had embarrassed him one to many times when the Judge was on the bench. After receiving our copy of the appeal we tried to contact our attorneys wanting an explanation and to ask about their progress on getting the audio disc of the hearing. We tried calling, emailing and sent letters. For the most part we were spun and ignored.

After a few months of this, we took it upon ourselves to find out their progress in getting the audio disc. We found out they never tried to get a copy. We did not understand why they would purposely sell us down the river knowing what they thought the Judge was up to. Then it dawned on me that on at least three occasions Matt had mentioned that Joannie the Court Recorder and he were good buddies for the past 20 years.

Still wanting to get the right transcript to the appeal board prior to them making their decision, we consulted other attorneys. They suggested we try and send a request in writing to the new Chief Circuit Court Judge, Dawn Klida. We sent her the request (a copy of email attached #1). The Judge originally approved the request. The approval request got sent down the chain of commend to Joan VanWormer who immediately sent us an email stating "our request has been forwarded to Kim Mead, the Circuit Court Administrator" (a copy of email attached #2). We send an email to Judge Klida asking why an approved request now had to go through the Court Administrator (a copy of email attached #3). My wife received an office email from Judge Klida's secretary that stated that Kim Mead was coming down to speak to her.

Later that day or the next, Kim Mead approached my wife as she was working and informed her, her FOIA request had been denied. My wife told him it was not a FOIA request as she was a Defendant in the case and would like his response in writing. Later he came back with an Administrative Order concerning the audio disc stating they would no longer be made available. The order was dated December 2014. It has Judge Schmidt's rubber stamped signature, but the place were the State Court Administrator was to date and approve it was in Kim Mead's handwriting (a copy is attached #4).

After making several phone calls, I was told to contact Region 3 in Mount Pleasant to find out if the Administrative Order was real. I called for two days and left messages, but did not get a response, so I called another Region to see if they could help. They put me on hold and contacted Region 3, they told me she had been in a meeting and would contact me before days end, which she did. I told her I was having a problem with the document dates and signatures, she immediately told me it was real and the date it was approved was right, the funny thing is, I never told her what county it was in or whom I was having a problem with, she already knew. I asked if I could have a copy of the approved document and she told me it was illegal for her to give out that information and I would have to go through my local court. Knowing that was not true, I told her I had a copy but was not sure if I had all the pages. I only had 6 pages. She immediately said there were only 6 pages. I lied, I only had 4 pages. I submitted a request in writing via email for the original approved copy which she sent me. (Imagine that). That document only had the Judge's signature; there was no time stamp, no dates and no approved signature. According to Region 3, that is how they send approved documents back. That way it apparently gives Court Employees the opportunity to date and approve Administrative Orders as the need arises. If this

process is not illegal it should be, but it does explain why the Administrative Order was approved and dated by Kim Mead. (as needed) If you would like the documents or any of the correspondence with Region 3, let me know I would be happy to send them to you.

In 2013, I had to have surgery to remove cataracts in both eye's, but this left me impaired. When I read or stare at a computer screen to long I suffer severe migraines. We did some checking and the Americans with Disabilities Act do consider it a valid reason to be able to get the audio version of the hearing.

I wrote Judge Klida with my ADA request for the audio disc from my hearing (a copy of email attached #5). She responded by telling me it was inappropriate to contact her and Kim Mead is responsible and I should contact him (a copy attached #6).

I forwarded my request to Kim Mead (a copy of email attached #7). He responded by letter reminding me the audio disc was not available and asked if I thought being legally blind entitled me to special treatment. Then told me to prove I was legally blind and he might reconsider (a copy of the letter attached #8).

I am not blind legally or otherwise. I did tell him what my doctor said about being considered legally blind prior to my surgery. I did not tell Kim Mead I was currently blind. I informed him I had surgery and my vision was restored. There is no way he misunderstood. I was informed by a little birdie; Kim Mead was trying to purposely push my buttons, trying to make me appear to be confrontational or harassing, so he could deny my request no matter what despite any evidence I may have.

I will not give him a reason, so I at this time don't know how I will respond to his request. At this time, he made it impossible to comply. He might as well ask me to prove I have 3 arms. I will probably have an attorney respond.

During this time, I was contacting other agencies trying to find out what could be done. I called the Judicial Tenor Committee, they informed me that because the Judge's signature was not on the transcript, I would have to go after the Court Recorder first and they were the ones that referred your office to me. Then he told me judicial immunity does not apply during the commission of a felony.

When I called your office, I was asked to write down what I thought were mistakes in the transcript and to ask the Court Recorder to review them, which I did. I did not write down all the mistakes. I did write down mistakes I found on around 25 pages of the transcript (a copy of email attached #9). Around a week later Kim Mead sent me a letter telling me not to contact individuals in the Court with my issues and that he was my contact person. Then he reminded me that I had not yet sent him proof of my disability (see copy of letter attached #10).

I do have proof of my impairment. I have proof of my cataract surgery and how bad the cataracts were and statements from two doctors who have been treating me for severe migraines since my surgery, but that is not what he is asking for. It is however, what I explained was my request under the Americans with Disabilities Act. Joan VanWormer ignored my request and simply forwarded it to Kim Mead, in an attempt to make it go away. Kim Mead is purposely being rude, belligerent, intimidating and deceitful in an attempt to make me give up or be confrontational so he can deny my request.

This is my compliant. I apologize if is to long. I did not know how much information your office required and I did not want to leave it up to chance.

On the complaint form it asked about complaints about filing time for appeals. Yes. I do have complaints about that too. While trying to get a copy of the audio disc, we lost our appeal. In the Judge's opinion he stated my wife and I were liars and he could tell that by the way we looked and the changes in the transcript now backs up his statement. Because of the changes in the transcript it is understandable why the Appeals Court made their decision. The Court violated the 6th Amendment guaranteeing me the right to a fair trial, among other things.

Our attorneys sat on the Appeal Court's decision for two weeks before sending it to us in an email, without letting us now it was coming. In our mad rush to find attorneys to file an appeal with the Michigan Supreme Court we found out that the Supreme Court might not even hear it, that it might not be interesting enough, but if we could prove fraud they would definitely hear it. Kim Mead sat on our ADA request for the audio disc from the hearing for almost three weeks, purposely timing us out with our chance to appeal to the Supreme Court.

I contacted the Bay County ADA Coordinator while we were waiting and she did not respond, so I call the State ADA Coordinator. All she did was praise the county coordinator, telling me to be patient she would respond to our request. Later that same day (coincidently) the Bay County ADA coordinator emailed me apologizing for the delay, but she was out of the office (for a week). She stated she would look into it and get back to me and of course she never did.

I wrote down quite a few changed or omitted questions and answers. I based them off of the mistakes I asked Joan VanWormer to check (see attachment #13). Some of the questions and answers asked in the transcript did not exist at the time of the hearing, they were added after, so I could not answer those.

The complaint form your office sent states the Board does not correct inaccurate transcripts. If your office has any information or hints on how to get a corrected transcript and/or the audio disc, please let me know. The copy of the transcript cover page (copy #11) and certification page (copy #12) are enclosed.

When your investigation is finished, will I automatically receive a copy of the Board's findings or will I have to request it?

Sincerely,

Patrick Greenhoe
1801 S. Jefferson Street
Bay City, Michigan
(989) 892-2500