UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLU STEVENS,
PATRICK GREENHOE, and
CLAUDETTE GREENHOE,

Plaintiffs,

v

MICHIGAN STATE COURT ADMINISTRATIVE OFFICE, MILTON L. MACK, JR., in his official capacity as Administrator of the Michigan State Court administrative Office, KIM B. MEAD, in his official capacity as Bay County Probate Court Administrator, WILLIAM M. HEFFERAN, in his official as Antrim County Circuit Court – Family Division Administrator,

Defendants.

No. 1:18-cv-00757

HON. PAUL L. MALONEY

MAG. JUDGE RAY KENT

**DEFENDANT MACK'S MOTION FOR SUMMARY JUDGMENT**

# Exhibit 6

**Michigan Court Reporting and Recording Board of Review**

Michigan Hall of Justice
P.O. Box 30048
Lansing, Michigan 48909
Phone: 517-373-9526

Hon. Michael J. Talbot, Chair
Hon. Pamela L. Lightvoet
Hon. Sean P. Kavanagh
Hon. Shana A. Lambourn
Liisa R. Speaker, Esq.
Melinda Dexter, CSR
Denise Kizy, CSR
Jacqueline Reed, CER
Bonnie Rozema, CER
Stacy Westra, Executive Secretary

June 22, 2017

Mr. Patrick Greenhoe
1801 S. Jefferson Street
Bay City, Michigan 48708

Re: Complaint 16-15

Dear Mr. Greenhoe:

The Court Reporting and Recording Board of Review considered your complaint concerning court reporter Joan Van Wormer, CER 7680, at its June 2017 meeting.

After reviewing your complaint; Ms. Van Wormer's response; and the results of the independent review performed by Pamela Lynch, CER 7910, the Board is satisfied that a thorough review has been performed. Corrections to your transcripts have been filed with the court.

Copies of the correspondence and corrections are enclosed. Your complaint is dismissed.

Sincerely,

Michael J. Talbot
Judge, Michigan Court of Appeals
Chair, Michigan Court Reporting
and Recording Board of Review

Enclosure

cc: The Honorable Dawn A. Klida, Chief Judge, 18th Circuit Court
Mr. Kim Brian Mead, Court Administrator, 18th Circuit Court
Joan Van Wormer, CER 7680
J. Bruce Kilmer, Region III Administrator
Philip L. Ellison, MBA, JD