UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLU STEVENS, et al.,

Plaintiffs,

Case No. 1:18−cv−00757−PLM−RSK

v.

KIM B. MEAD, et al.,

Defendants.
______________________________/

**CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO: Meredith Beidler

RE: Brief in Support of a Motion (ECF No. 13)

REASON FOR NOTICE: Attachments or exhibits are missing specific description on the docket (e.g. "Exhibit", "Exhibit", "Exhibit", rather than "Exhibit 1", "Exhibit 2", "Exhibit 3").

RECOMMENDED ACTION: None. Court staff will make the necessary modifications.

INFORMATION FOR FUTURE REFERENCE: When attachments or exhibits are electronically filed, the document upload screen presents options to the user for each document, so that each can be clearly identified in the resulting docket entry, as well as when the documents are viewed. Users should always select a *Category*, enter a *Description*, or *use both*, to provide a brief description of each attachment. For example, *Exhibit N* (where Category = *Exhibit* and Description = *N*) is more helpful to the court than *Exhibit*. Use this tool to assist the Court in navigating to your attachments.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290−2742 or (616) 456−2206.

CLERK OF COURT

Dated: September 24, 2018

By: /s/ P. Woods
Deputy Clerk