IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

KOLU STEVENS; PATRICK GREENHOE;
and CLAUDETTE GREENHOE,

Plaintiffs,

v

WILLIAM HEFFERAN, ET AL,

Defendants.

HON. PAUL L. MALONEY
U.S. DISTRICT COURT JUDGE

FILE NO. 1:18-cv-00757-PLM-RSK

______________________________________/

Philip L. Ellison (P74117)
OUTSIDE LEGAL COUNSEL, PLC
Attorneys for Plaintiffs
P.O. Box 107
Hemlock, MI 48626
(989) 642-0055/(888) 398-7003 Fax
pellison@olcplc.com

Amber L. Davis-Johnson (P52811)
BAY COUNTY CORPORATE COUNSEL
Co-Counsel for Def. MEAD
515 Center Ave., Ste. 402
Bay City, MI 48708
(989) 895-4131
johnsona@baycounty.net

Joseph Y. Ho (P77390)
MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
Civil Litigation, Employment & Elections
Attorneys for Def. MACK
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
hoj@michigan.gov

Gregory R. Grant (P68808)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Defs. HEFFERAN & MEAD
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 Fax
ggrant@cmda-law.com

______________________________/

**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

In the interests of judicial economy, for their Reply to Plaintiffs' Response to Defendants'

Motions to Dismiss, Defendants Hefferan and Mead rely on, and incorporate by reference, Defendant Mack's Reply Brief (ECF No. 27).

Dated: October 10, 2018

CUMMINGS, McCLOREY, DAVIS
& ACHO, P.L.C.

/s/ Gregory R. Grant
Gregory R. Grant (P68808)
Attorneys for Defs. HEFFERAN and MEAD
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 Fax
ggrant@cmda-law.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing documents were served upon counsel of record via the Court's ECF System to their respective email addresses on October 10, 2018.

/s/ Gregory R. Grant
Gregory R. Grant