UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLU STEVENS,
PATRICK GREENHOE, and
CLAUDETTE GREENHOE,

Plaintiffs,

v

MICHIGAN STATE COURT ADMINISTRATIVE OFFICE, MILTON L. MACK, JR., in his official capacity as Administrator of the Michigan State Court administrative Office, KIM B. MEAD, in his official capacity as Bay County Probate Court Administrator, WILLIAM M. HEFFERAN, in his official as Antrim County Circuit Court – Family Division Administrator,

Defendants.

No. 1:18-cv-00757

HON. PAUL L. MALONEY

MAG. JUDGE RAY KENT

**NOTICE TO WITHDRAW APPEARANCE AND DISCONTINUE ECF NOTIFICATIONS**

Philip L. Ellison (P74117)
Outside Legal Counsel, PLC
Attorneys for Plaintiffs
P. O. Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Joseph Y. Ho (P77390)
Attorney for Defendant Mack
Civil Litigation, Employment & Elections Division
P. O. Box 30217
Lansing, MI 48909
(517) 373-6434
hoj@michigan.gov

Gregory R. Grant (P68808)
Cummings McClorey Davis & Acho, PLC
Attorneys for Defendant Hefferan
310 W Front Street, Suite 221
Traverse City, MI 48681-2800
(231) 922-1888
ggrant@cmda-law.com

Amber L. Davis-Johnson (P52811)
Bay County Corporation Counsel
Attorneys for Defendant Mead
515 Center Ave., Ste. 402
Bay City, MI 48708
(989) 895-4131
johnsona@baycounty.net

**NOTICE TO WITHDRAW APPEARANCE AND DISCONTINUE ECF NOTIFICATIONS**

Meredith R. Beidler (P78256) and John G. Fedynsky (P65232) Assistant Attorneys General for the State of Michigan, request the Court to remove them from the above-referenced case and discontinue the ECF notifications, based on the following grounds:

1. Meredith R. Beidler and John G. Fedynsky have transferred to other divisions within the Attorney General's Office.

2. Termination of Meredith R. Beidler and John G. Fedynsky, as counsel for Defendant will not adversely affect Defendant, as he will continue to be represented by the undersigned Assistant Attorney General Joseph Y. Ho.

Respectfully submitted,

Bill Schuette
Attorney General

*/s/Joseph Y. Ho*
Joseph Y. Ho
Assistant Attorney General
Attorneys for Defendants
Civil Litigation, Employment &
Elections Division
P. O. Box 30217
Lansing MI 48909
517-373-6434
hoj@michigan.gov
P77390

Dated: October 23, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2018, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/Joseph Y. Ho*
Joseph Y. Ho (P77390)
Assistant Attorney General
Attorney for Defendant