UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KOLU STEVENS, *et al.*,                      ) | |
|                 Plaintiffs,       ) | |
|                                    ) | No. 1:18-cv-757 |
| -v-                                                                 ) | |
|                                    ) | Honorable Paul L. Maloney |
| MICHIGAN STATE COURT ADMINISTRATIVE       ) | |
| OFFICE, *et al.*,                                        ) | |
|                 Defendants.      ) | |

## ORDER GRANTING MOTION TO CITE NEW AUTHORITY

Plaintiffs seek leave to provide notice of supplemental authority. (ECF No. 36.) The Court **GRANTS** the motion.

Counsel is reminded that the Local Rules require, prior to filing non-dispositive motions, consultation with the opposing parties to determine if they will oppose the motion. *See* W.D. Mich. LCivR 7.1(d). The same rule also requires the moving party to file a separate certificate setting for the attempt to comply with the rule. *Id.*

**IT IS SO ORDERED.**

Date: March 10, 2020                                                            /s/ Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge