UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOLU STEVENS,

    Plaintiff,

Case No. 1:18-cv-757

v.

HONORABLE PAUL L. MALONEY

MICHIGAN STATE COURT
ADMINISTRATIVE OFFICE., et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pending before the Court is Plaintiff's motion for leave to file an amended complaint (ECF No. 39). Defendant Mack filed his response to the motion (ECF No. 41). Defendants Mead and Hefferan have not filed a response to the motion and the deadline to do so has passed. Upon due consideration of the motion and the response by the Court,

**IT IS HEREBY ORDERED** that the motion for leave to file amended complaint (ECF No. 39) is GRANTED for the reasons stated in the motion.

**IT IS FURTHER ORDERED** that the Clerk of Court shall accept the proposed document for filing.

Dated:  March 27, 2020            /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge